# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOY RACER, INC., ) | CASE NO.: 1:11-CV-05416 |
| Plaintiff, ) | |
| ) | Judge: Hon. Virginia M. Kendall |
| v. ) | |
| ) | Magistrate: Hon. Geraldine Soat Brown |
| DOES 1 – 17, ) | |
| Defendants. ) | |

## **PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe defendants. The remaining Doe defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

BOY RACER, INC.

**DATED:** March 9, 2012

By: By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 9, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


      /s/ Paul Duffy
      PAUL DUFFY